JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY FRANKLIN MITCHELL,<br><br>Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Comm'r of Social Security,<br><br>Defendant | Case No. 2:18-CV-01798-DMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to February 13, 2019, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to Plaintiff's counsel's unusually heavy workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: January 10, 2019

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: January 10, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

IT IS SO ORDERED:

Dated: January 15, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**Mitchell v. Berryhill** **Stipulation and Proposed Order** **E.D. Cal. 2:18-cv-01798-DMC**