JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY FRANKLIN MITCHELL, | ) | Case No.  2:18-CV-01798-DMC |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to March 15, 2019, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to the fact that Plaintiff's counsel recently experienced an extended illness which has caused a backlog in her workload.

**Mitchell v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:18-cv-01798-DMC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 11, 2019        JACQUELINE A. FORSLUND
                               Attorney at Law


                               */s/Jacqueline A. Forslund*
                               JACQUELINE A. FORSLUND

                               Attorney for Plaintiff


Date:  February 11, 2019       MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/Michael K. Marriott*
                               MICHAEL K. MARRIOTT
                               Special Assistant United States Attorney
                               *By email authorization

                               Attorney for Defendant


                          ORDER

APPROVED AND SO ORDERED

Dated:  February 14, 2019
                               _____
                               DENNIS M. COTA
                               UNITED STATES MAGISTRATE JUDGE