JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY FRANKLIN MITCHELL, ) | Case No. 2:18-CV-01798-DMC |
| ) | |
| Plaintiff ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to April 15, 2019, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's third request for an extension. It is requested due to the fact that Plaintiff's counsel experienced an extended illness that caused a backlog in her District Court workload and, in addition, she is representing appellants in four Ninth Circuit cases that are now in the briefing process.

**Mitchell v. Berryhill**    **Stipulation and Proposed Order**    **E.D. Cal. 2:18-cv-01798-DMC**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 12, 2019          JACQUELINE A. FORSLUND
                              Attorney at Law


                              */s/Jacqueline A. Forslund*
                              JACQUELINE A. FORSLUND

                              Attorney for Plaintiff


Date:  March 12, 2019         MCGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/Michael K. Marriott*
                              MICHAEL K. MARRIOTT
                              Special Assistant United States Attorney
                              *By email authorization

                              Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED, subject to NOTICE to all counsel that no additional extensions will be granted for preparation of Plaintiff's Opening Brief.

Dated:  March 13, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**Mitchell v. Berryhill**          **Stipulation and Proposed Order**     **E.D. Cal. 2:18-cv-01798-DMC**