MCGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOBBY FRANKLIN MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:18-cv-01798-DMC<br><br>STIPULATION AND ORDER FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between Bobby Mitchell (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her Cross-Motion for Summary Judgment. The current due date is May 16, 2019. The new due date will be June 17, 2019 (because the thirtieth day, June 15, 2019, is a Saturday). The parties further stipulate that all other dates will be extended accordingly.

Defendant requests this extension because the attorney responsible for briefing this case is new to the office of the undersigned attorney for Defendant, requiring additional time for review by the undersigned attorney, who remains counsel of record. Additionally, the attorney

responsible for briefing this case has another brief due in a district court case on May 15, 2019, and an oral argument in a case before this Court's Fresno Division on May 16, 2019.  In addition, the undersigned attorney for Defendant is exclusively responsible for reviewing the work of two new attorneys, as well as being responsible for conducting training for all new attorneys in the undersigned's office.  A thirty-day extension will give sufficient time for the assigned attorney to complete Defendant's Cross-Motion for Summary Judgment, and for the undersigned attorney for Defendant to review the motion and file it.  Counsel for Plaintiff has no objection to the requested extension.  This request is made in good faith with no intention to unduly delay the proceedings.

DATE: May 10, 2019

Respectfully submitted,

*s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff
(by email authorization)

MCGREGOR W. SCOTT
United States Attorney

DATE: May 10, 2019         By   *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 15, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE