MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOBBY FRANKLIN MITCHELL<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:18-cv-01798-DMC<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

The parties stipulate that, subject to the approval of the Court, this action shall be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. Upon remand, the administrative law judge (ALJ) will reconsider the medical source opinions, update the record and offer Plaintiff a new hearing. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

DATE: June 17, 2019

Respectfully submitted,

*s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff
(as authorized by email)

DATE: June 17, 2019

MCGREGOR W. SCOTT
United States Attorney

By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 18, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE